G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
TINA BROUSSARD-SMITH

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA,
## SACRAMENTO DIVISION

| | |
|---|---|
| TINA BROUSSARD-SMITH, <br><br> Plaintiff, <br> v. <br><br> VITAL RECOVERY SERVICES, INC., and Does 1 to 10 inclusive, <br><br> Defendant. | Case No. 11-cv-00546-MCE-KJN <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** <br><br> **Fed. R. Civ. P. 41(a)(1)** |

Plaintiff, TINA BROUSSARD-SMITH, filed the present action against VITAL RECOVERY SERVICES, INC., on or about 02/25/2011. VITAL RECOVERY SERVICES, INC. filed its response to the complaint on 04/14/2011. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41. The Clerk is directed to close the file.
///

Dated: 07/11/2011     P<small>RICE</small> L<small>AW</small> G<small>ROUP</small>, APC

/s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.
Attorney for Plaintiff,
TINA BROUSSARD-SMITH

Dated: 07/11/2011     ELLIS, LaVOIE, POIRIER, STEINHEIMER et al.

/s/Lindsey Heaton,
Lindsey Heaton, Esq.
Attorney for Defendant,
VITAL RECOVERY SERVICES, INC.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Date: July 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE